# United States District Court Western
# District of North Carolina
# Statesville Division

**Robert Anthony Douglas Waldrup,**    )                JUDGMENT IN CASE
                                       )
      Petitioner,              )                5:17-cv-00220-FDW
                                       )
      vs.                      )
                                       )
**State of North Carolina,**           )
                                       )
      Respondent,

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2017 Order.

                    December 21, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court